# Exhibit 3

| US10127925B1 | UMIDIGI A15 Tab ("The accused product). |
|---|---|
| 1. A method for processing audio signals, comprising: | The accused product practices a method for processing audio signals (e.g., audio signals).<br><br><br><br>https://www.umidigi.com/page-umidigi_a15tab_overview.html |



https://www.amazon.com/UMIDIGI-Android-Octa-Core-Processor-Charging/dp/B0DBV7N3ZG?ref_=ast_sto_dp&th=1&psc=1



https://www.umidigi.com/page-umidigi_a15tab_overview.html



UMIDIGI A15 Tab

| | |
|---|---|
| **Rear Camera** | 13MP Main Camera |
| | F/2.2 |
| | 2MP Depth Camera |
| | F/2.4 |
| | Rear Video Recording |
| | 1080P，720P，480P; 30fps |
| **Front Camera** | 8MP Front Camera |
| | F/2.2 |
| | Front Video Recording |
| | 720P，480P; 30fps |
| **Processor** | Unisoc T616 |
| | TSMC 12nm process, Octa-Core |
| | CPU: Up to 2.0GHz |

https://www.umidigi.com/page-umidigi_a15tab_specification.html

## Experience the Next Level of Gaming

UMIDIGI A15 Tab features an octa-core UNISOC T616 processor with two fast ARM Cortex A75 cores at up to 2.0GHz and six power-efficient ARM Cortex A55 cores at up to 1.8 GHz, offering a better photography experience and a more stable frame rate for an exceptional gaming experience.

https://www.umidigi.com/page-umidigi_a15tab_overview.html

| Video playback | 1080p at 60FPS |
| --- | --- |
| Video codecs | - H.264 <br> - H.265 |
| Audio codecs | - AAC <br> - AIFF <br> - CAF <br> - MP3 <br> - MP4 <br> - WAV |

https://nanoreview.net/en/soc/unisoc-tiger-t616

**Audio file formats/codecs**

List of some of the most common audio file formats and codecs supported standardly by the device.

- AAC (Advanced Audio Coding)
- AMR / AMR-NB / GSM-AMR (Adaptive Multi-Rate, .amr, .3ga)
- eAAC+ / aacPlus v2 / HE-AAC v2
- FLAC (Free Lossless Audio Codec, .flac)
- MIDI
- MP3 (MPEG-2 Audio Layer II, .mp3)
- OGG (.ogg, .ogv, .oga, .ogx, .spx, .opus)
- WMA (Windows Media Audio, .wma)
- WAV (Waveform Audio File Format, .wav, .wave)

https://www.devicespecifications.com/en/model/9f385ea5

The UMIDIGI A15 Tab comes with the latest Android™ 13, which brings us some important interface updates and introduces the auto-theming feature. Providing you with a more personalized, secure, and efficient user experience.

https://www.umidigi.com/page-umidigi_a15tab_overview.html

This document describes the media codec, container, and network protocol support provided by the Android platform.

The tables below describe the media format support built into the Android platform. YES means the format is available on handhelds and tablets running all Android versions. Where a specific Android platform is specified, the format is available on handsets and tablets running that version and all later versions. The format might also be available in earlier versions, but this is not guaranteed. On form factors other than handsets and tablets, media format support may vary.

Note that a particular mobile device might support additional formats or file types that are not listed in these tables. In addition, if you use a MediaCodec directly, you can access any of the available media formats regardless of the supported file types and container formats.

## Audio support 🔗

| Format | Encoder | Decoder | File Types Container Formats | | Details |
| | | | Extractor | Muxer | |
| --- | --- | --- | --- | --- | --- |
| AAC LC | YES | YES | • 3GPP (.3gp)<br>• MPEG-4 (.mp4, .m4a) | • 3GPP (.3gp)<br>• MPEG-4 (.mp4, .m4a) | Support for mono/stereo/5.0/5.1 content with standard sampling rates from 8 to 48 kHz. |
| HE-AACv1 (AAC+) | Android 4.1+ | YES | • ADTS raw AAC (.aac, ADIF not supported)<br>• MPEG-TS (.ts, not seekable, Android 3.0+) | • ADTS raw AAC (.aac, ADIF not supported)<br>• MPEG-TS (not sure) (.ts, not seekable, Android 3.0+) | |

https://developer.android.com/media/platform/supported-formats



https://source.android.com/docs/compatibility/13/android-13-cdd

https://source.android.com/docs/compatibility/13/android-13-cdd

| (a) storing a representation of at | The accused product practices storing a representation of at least one audio stream (e.g., storing digital audio stream) in at least one memory (e.g., memory of the accused product |
|---|---|

| | |
|---|---|
| least one audio stream in at least one memory; | such as RAM, etc.).<br><br>The accused product receives captured audio stream in its memory.<br><br>UMIDIGI A15 Tab<br><br>**Storage & RAM**  8+8GB Extended RAM, LPDDR4X<br>256GB ROM, Supports Expandable Storage up to 1TB<br><br>https://www.umidigi.com/page-umidigi_a15tab_specification.html<br><br>**Experience the Next Level of Gaming**<br><br>UMIDIGI A15 Tab features an octa-core UNISOC T616 processor with two fast ARM Cortex A75 cores at up to 2.0GHz and six power-efficient ARM Cortex A55 cores at up to 1.8 GHz, offering a better photography experience and a more stable frame rate for an exceptional gaming experience.<br><br>https://www.umidigi.com/page-umidigi_a15tab_overview.html |

| | |
|---|---|
| Video playback | 1080p at 60FPS |
| Video codecs | - H.264<br>- H.265 |
| Audio codecs | - AAC<br>- AIFF<br>- CAF<br>- MP3<br>- MP4<br>- WAV |

https://nanoreview.net/en/soc/unisoc-tiger-t616

Audio file formats/codecs

List of some of the most common audio file formats and codecs supported standardly by the device.

▸ AAC (Advanced Audio Coding)
▸ AMR / AMR-NB / GSM-AMR (Adaptive Multi-Rate, .amr, .3ga)
▸ eAAC+ / aacPlus v2 / HE-AAC v2
▸ FLAC (Free Lossless Audio Codec, .flac)
▸ MIDI
▸ MP3 (MPEG-2 Audio Layer II, .mp3)
▸ OGG (.ogg, .ogv, .oga, .ogx, .spx, .opus)
▸ WMA (Windows Media Audio, .wma)
▸ WAV (Waveform Audio File Format, .wav, .wave)

https://www.devicespecifications.com/en/model/9f385ea5

The UMIDIGI A15 Tab comes with the latest Android™ 13, which brings us some important interface updates and introduces the auto-theming feature. Providing you with a more personalized, secure, and efficient user experience.

https://www.umidigi.com/page-umidigi_a15tab_overview.html

This document describes the media codec, container, and network protocol support provided by the Android platform.

The tables below describe the media format support built into the Android platform. YES means the format is available on handhelds and tablets running all Android versions. Where a specific Android platform is specified, the format is available on handsets and tablets running that version and all later versions. The format might also be available in earlier versions, but this is not guaranteed. On form factors other than handsets and tablets, media format support may vary.

Note that a particular mobile device might support additional formats or file types that are not listed in these tables. In addition, if you use a MediaCodec directly, you can access any of the available media formats regardless of the supported file types and container formats.

## Audio support 🔗

| Format | Encoder | Decoder | File Types Container Formats | | Details |
| | | | Extractor | Muxer | |
| AAC LC | YES | YES | • 3GPP (.3gp)<br>• MPEG-4 (.mp4, .m4a)<br>• ADTS raw AAC (.aac, ADIF not supported)<br>• MPEG-TS (.ts, not seekable, Android 3.0+) | • 3GPP (.3gp)<br>• MPEG-4 (.mp4, .m4a)<br>• ADTS raw AAC (.aac, ADIF not supported)<br>• MPEG-TS (not sure) (.ts, not seekable, Android 3.0+) | Support for mono/stereo/5.0/5.1 content with standard sampling rates from 8 to 48 kHz. |
| HE-AACv1 (AAC+) | Android 4.1+ | YES | | | |

https://developer.android.com/media/platform/supported-formats



### 2.2.2. Multimedia

Handheld device implementations MUST support the following audio encoding and decoding formats and make them available to third-party applications:

- [5.1/H-0-1] AMR-NB
- [5.1/H-0-2] AMR-WB
- [5.1/H-0-3] MPEG-4 AAC Profile (AAC LC)
- [5.1/H-0-4] MPEG-4 HE AAC Profile (AAC+)
- [5.1/H-0-5] AAC ELD (enhanced low delay AAC)

https://source.android.com/docs/compatibility/13/android-13-cdd



### 5.1.2. Audio Decoding

See more details in 5.1.3. Audio Codecs Details.

If device implementations declare support for the `android.hardware.audio.output` feature, they must support decoding the following audio formats:

- [C-1-1] MPEG-4 AAC Profile (AAC LC)
- [C-1-2] MPEG-4 HE AAC Profile (AAC+)
- [C-1-3] MPEG-4 HE AACv2 Profile (enhanced AAC+)
- [C-1-4] AAC ELD (enhanced low delay AAC)
- [C-1-11] xHE-AAC (ISO/IEC 23003-3 Extended HE AAC Profile, which includes the USAC Baseline Profile, and ISO/IEC 23003-4 Dynamic Range Control Profile)
- [C-1-5] FLAC
- [C-1-6] MP3
- [C-1-7] MIDI

https://source.android.com/docs/compatibility/13/android-13-cdd

**How Do Microphones Work?**

**The Basics**

Microphones are a type of *transducer* - a device which converts energy from one form to another. Microphones convert acoustical energy (sound waves) into electrical energy (the audio signal).

Different types of microphone have different ways of converting energy but they all share one thing in common: The *diaphragm*. This is a thin piece of material (such as paper, plastic or aluminium) which vibrates when it is struck by sound waves. In a typical hand-held mic like the one below, the diaphragm is located in the head of the microphone.

**Location of Microphone Diaphragm**



When the diaphragm vibrates, it causes other components in the microphone to vibrate. These vibrations are converted into an electrical current which becomes the audio signal.

https://www.mediacollege.com/audio/microphones/how-microphones-work.html



https://sponcomm.com/info-detail/overview-of-audio-codec

| | |
|---|---|
| | An audio codec, short for audio encoder/decoder, plays a crucial role in modern digital audio systems by converting audio signals between analog and digital formats. It efficiently compresses audio data for transmission or storage, and decompresses it for playback. Audio codecs are widely used in applications like VoIP, streaming, conferencing, and broadcasting, where maintaining high-quality audio while optimizing bandwidth is essential.<br>https://sponcomm.com/info-detail/overview-of-audio-codec |
| (b) storing a common instruction sequence in the at least one memory; | The accused product practices storing a common instruction sequence (e.g., instruction for audio compression technique such as AAC, etc.) in the at least one memory (e.g., memory of the accused product such as RAM, etc.).<br><br>The accused product receives captured audio signals. It processes it through audio codec such as AAC (e.g., common instruction for audio compression) and stores in the audio codec compressed format.<br><br>UMIDIGI A15 Tab<br><br>**Storage & RAM**  8+8GB Extended RAM, LPDDR4X<br>256GB ROM, Supports Expandable Storage up to 1TB<br><br>https://www.umidigi.com/page-umidigi_a15tab_specification.html |

## Experience the Next Level of Gaming

UMIDIGI A15 Tab features an octa-core UNISOC T616 processor with two fast ARM Cortex A75 cores at up to 2.0GHz and six power-efficient ARM Cortex A55 cores at up to 1.8 GHz, offering a better photography experience and a more stable frame rate for an exceptional gaming experience.

https://www.umidigi.com/page-umidigi_a15tab_overview.html

| Video playback | 1080p at 60FPS |
|---|---|
| Video codecs | - H.264<br>- H.265 |
| Audio codecs | - AAC<br>- AIFF<br>- CAF<br>- MP3<br>- MP4<br>- WAV |

https://nanoreview.net/en/soc/unisoc-tiger-t616

Audio file formats/codecs

List of some of the most common audio file formats and codecs supported standardly by the device.

- AAC (Advanced Audio Coding)
- AMR / AMR-NB / GSM-AMR (Adaptive Multi-Rate, .amr, .3ga)
- eAAC+ / aacPlus v2 / HE-AAC v2
- FLAC (Free Lossless Audio Codec, .flac)
- MIDI
- MP3 (MPEG-2 Audio Layer II, .mp3)
- OGG (.ogg, .ogv, .oga, .ogx, .spx, .opus)
- WMA (Windows Media Audio, .wma)
- WAV (Waveform Audio File Format, .wav, .wave)

https://www.devicespecifications.com/en/model/9f385ea5

The UMIDIGI A15 Tab comes with the latest Android™ 13, which brings us some important interface updates and introduces the auto-theming feature. Providing you with a more personalized, secure, and efficient user experience.

https://www.umidigi.com/page-umidigi_a15tab_overview.html

This document describes the media codec, container, and network protocol support provided by the Android platform.

The tables below describe the media format support built into the Android platform. YES means the format is available on handhelds and tablets running all Android versions. Where a specific Android platform is specified, the format is available on handsets and tablets running that version and all later versions. The format might also be available in earlier versions, but this is not guaranteed. On form factors other than handsets and tablets, media format support may vary.

Note that a particular mobile device might support additional formats or file types that are not listed in these tables. In addition, if you use a MediaCodec directly, you can access any of the available media formats regardless of the supported file types and container formats.

## Audio support 🔗

| Format | Encoder | Decoder | File Types Container Formats | | Details |
| | | | Extractor | Muxer | |
| AAC LC | YES | YES | • 3GPP (.3gp)<br>• MPEG-4 (.mp4, .m4a)<br>• ADTS raw AAC (.aac, ADIF not supported)<br>• MPEG-TS (.ts, not seekable, Android | • 3GPP (.3gp)<br>• MPEG-4 (.mp4, .m4a)<br>• ADTS raw AAC (.aac, ADIF not supported)<br>• MPEG-TS (not sure) (.ts, not seekable, | Support for mono/stereo/5.0/5.1 content with standard sampling rates from 8 to 48 kHz. |
| HE-AACv1 (AAC+) | Android 4.1+ | YES | | | |

https://developer.android.com/media/platform/supported-formats



### 2.2.2. Multimedia

Handheld device implementations MUST support the following audio encoding and decoding formats and make them available to third-party applications:

- [5.1/H-0-1] AMR-NB
- [5.1/H-0-2] AMR-WB
- [5.1/H-0-3] MPEG-4 AAC Profile (AAC LC)
- [5.1/H-0-4] MPEG-4 HE AAC Profile (AAC+)
- [5.1/H-0-5] AAC ELD (enhanced low delay AAC)

https://source.android.com/docs/compatibility/13/android-13-cdd



### 5.1.2. Audio Decoding

See more details in 5.1.3. Audio Codecs Details.

If device implementations declare support for the `android.hardware.audio.output` feature, they must support decoding the following audio formats:

- [C-1-1] MPEG-4 AAC Profile (AAC LC)
- [C-1-2] MPEG-4 HE AAC Profile (AAC+)
- [C-1-3] MPEG-4 HE AACv2 Profile (enhanced AAC+)
- [C-1-4] AAC ELD (enhanced low delay AAC)
- [C-1-11] xHE-AAC (ISO/IEC 23003-3 Extended HE AAC Profile, which includes the USAC Baseline Profile, and ISO/IEC 23003-4 Dynamic Range Control Profile)
- [C-1-5] FLAC
- [C-1-6] MP3
- [C-1-7] MIDI

https://source.android.com/docs/compatibility/13/android-13-cdd

Figure 1, below, shows the AAC family of codecs and how each builds upon the other. USAC, a component of the xHE-AAC Profile is not shown, but will be discussed later in this document.



*Source: White paper of the MPEG AAC family of codecs.*

## ◢2   Advanced Audio Coding and AAC Profile

The MPEG-2 Part 7, Advanced Audio Coding (AAC) standard issued in 1997 (ISO/IEC 13818-7:1997, Advanced Audio Coding) and has three profiles, of which the Low Complexity (AAC LC) Profile was most widely deployed [1]. This was incorporated into MPEG-4 Audio in its first edition (ISO/IEC 14496-3:1999) with an additional coding tool, Perceptual Noise Substitution (PNS), but in every other way it retained compatibility with MPEG-2 AAC LC profile. AAC is able to provide perceptually transparent audio quality at 128 kbit/s for a stereo signal, or 320 kbit/s for a 5.1 channel signal (i.e. as found in digital television).

MPEG-4 AAC Profile is specified in MPEG-4 Audio ISO/IEC 14496-3 Table 1.3 — "Audio Profiles Definition," and contains "AAC LC" which is Audio Object Type ID 2. The components of AAC LC are specified in ISO/IEC 14496-3 Table 1.1 — "Audio Object Type definition based on Tools/Modules," which includes all MPEG-2 AAC LC Profile tools plus PNS. MPEG profiles have levels, which specify varying capability and complexity. For AAC Profile, these are given in ISO/IEC 14496-3 Table 1.10 — "Levels for the AAC Profile."

*Source: White paper of the MPEG AAC family of codecs.*



Block Diagram of MPEG-2 AAC Encoder. Source: [1]

https://indianengineeringdesignforum.wordpress.com/2014/04/28/what-s-better-than-mp3/

| | |
|---|---|
| (c) controlling at least one single-instruction, multiple-data type parallel processor having a plurality of processing cores, to process the at least one audio stream according to the | The accused product practices controlling at least one single-instruction, multiple-data type parallel processor (e.g., SoC of the accused product such as Unisoc T616 processor with ARM Cortex-A55) having a plurality of processing cores (e.g., Hexacore of the ARM cortex-A55, etc.), to process the at least one audio stream (e.g., processing digital audio stream) according to the common instruction sequence (e.g., compressing the digital audio stream such as AAC compression, etc.) across the plurality of the processing cores (e.g., Hexacore of the ARM cortex-A55, etc.), to perform at least one of frequency transform domain processing (e.g., frequency domain transformation for compression), wavelet transform processing, and time-to-frequency domain transform processing, wherein portions of the at least one audio stream (e.g., digital audio stream) are concurrently and synchronously (e.g., |

| common instruction sequence across the plurality of the processing cores, to perform at least one of frequency transform domain processing, wavelet transform processing, and time-to-frequency domain transform processing, wherein portions of the at least one audio stream are concurrently and synchronously processed according to the common instruction sequence across the plurality of the processing cores, to produce at least one processed audio stream having different audio information than the representation of the at least one audio stream; and | parallel processing, etc.) processed according to the common instruction sequence (e.g., compressing the digital audio stream such as AAC compression, etc.) across the plurality of the processing cores (e.g., Hexacore of the ARM cortex-A55, etc.), to produce at least one processed audio stream (e.g., compressed audio stream) having different audio information than the representation of the at least one audio stream (e.g., digital audio stream).<br><br>Figure 1, below, shows the AAC family of codecs and how each builds upon the other. USAC, a component of the xHE-AAC Profile is not shown, but will be discussed later in this document.<br><br><br><br>*Source: White paper of the MPEG AAC family of codecs.* |

## 2  Advanced Audio Coding and AAC Profile

The MPEG-2 Part 7, Advanced Audio Coding (AAC) standard issued in 1997 (ISO/IEC 13818-7:1997, Advanced Audio Coding) and has three profiles, of which the Low Complexity (AAC LC) Profile was most widely deployed [1]. This was incorporated into MPEG-4 Audio in its first edition (ISO/IEC 14496-3:1999) with an additional coding tool, Perceptual Noise Substitution (PNS), but in every other way it retained compatibility with MPEG-2 AAC LC profile. AAC is able to provide perceptually transparent audio quality at 128 kbit/s for a stereo signal, or 320 kbit/s for a 5.1 channel signal (i.e. as found in digital television).

MPEG-4 AAC Profile is specified in MPEG-4 Audio ISO/IEC 14496-3 Table 1.3 — "Audio Profiles Definition," and contains "AAC LC" which is Audio Object Type ID 2. The components of AAC LC are specified in ISO/IEC 14496-3 Table 1.1 — "Audio Object Type definition based on Tools/Modules," which includes all MPEG-2 AAC LC Profile tools plus PNS. MPEG profiles have levels, which specify varying capability and complexity. For AAC Profile, these are given in ISO/IEC 14496-3 Table 1.10 — "Levels for the AAC Profile."

*Source: White paper of the MPEG AAC family of codecs.*



Block Diagram of MPEG-2 AAC Encoder. Source: [1]

https://indianengineeringdesignforum.wordpress.com/2014/04/28/what-s-better-than-mp3/

There are other improvements in AAC which help to retain high quality for classes of very difficult signals.

- Enhanced block switching
  Instead of the hybrid (cascaded) filterbank in Layer-3, AAC uses a standard switched MDCT (Modified Discrete Cosine Transform) filterbank with an impulse response (for short blocks) of 5.3 ms at 48 kHz sampling frequency. This compares favourably with Layer-3 at 18.6 ms and reduces the

*Source: MP3 and AAC Explained.pdf*



1. MDCT Transformation

2. Signal Encoding

3. Error Correction

4. Signal Storing

5. Frame Correction



Working Of AAC Codec

https://headendinfo.com/aac-audio-codec/

## Working Of AAC Codec

As shown above in the figure AAC encoding is a 5 steps process as explained above in the figure.

(1) This is the Domain Conversion step. Where Time domain is converted into Frequency domain signal by the help of MDCT Transformation. MDCT represents the Discrete Cosine Transform.

(2) After the transformation this frequency domain signal is then encoded.

(3) In this step after encoding the error correction is done.

(4) After the error correction it store the signal.

(5) Frame Correction Is Done.

https://headendinfo.com/aac-audio-codec/

# Modified discrete cosine transform

The **modified discrete cosine transform (MDCT)** is a lapped variant of the type-IV discrete cosine transform (DCT-IV) widely used in digital signal processing for audio compression and filter bank design, characterized by 50% overlap between adjacent analysis blocks to enable perfect reconstruction through time-domain aliasing cancellation (TDAC).[1] This critically sampled transform processes blocks of 2N time-domain input samples to yield N frequency-domain output coefficients, minimizing blocking artifacts and improving frequency resolution compared to non-overlapped transforms.[2] The MDCT employs a window function, typically a sine-based window satisfying the Princen-Bradley condition $w(n)^2 + w(n + N)^2 = 1$, to ensure orthogonality and aliasing cancellation during overlap-add reconstruction.[1]

https://grokipedia.com/page/Modified_discrete_cosine_transform

### 6.2. MPEG-2 AAC audio transport formats

While in MPEG-1 the basic audio format and the transport syntax for synchronization and coding parameters are tied together in an unseparable way, MPEG-2 AAC defines both, but leaves the actual choice of audio transport syntax to the application. The standard defines two examples for the transport of audio data:

- ADIF
  The "Audio Data Interchange Format" puts all data controlling the decoder (like sampling frequency, mode etc.) into a single header preceeding the actual audio stream. Thus it is useful for file exchange, but does not allow for break-in or start of decoding at any point in time like the MPEG-1 format.

- ADTS
  The example "Audio Data Transport Stream" format packs AAC data into frames with headers very similar to the MPEG-1/2 header format. AAC is signaled as the (otherwise non-existant) "Layer-4" of MPEG Audio. Unlike Layer-3, the frame rate is variable, containing always the audio data for a complete frame between two occurances of the sync word. ADTS again allows start of decoding in the middle of an audio bitstream. The ADTS format has emerged as the de-facto standard for a number of applications using AAC.

*Source: MP3 and AAC Explained.pdf*

As shown below, the accused product comprises an SoC that comprises multiple ARM Cortex A-55 cores. Each core comprises NEON co-processor. It executes audio encoding/decoding operations (e.g., Executing AAC coding instructions including DCT transform, etc.).

The Neon processor performs single-instruction, multiple data type e.g., SIMD, parallel

processing. The NEON co-processors run concurrently at each core to implement SIMD for faster data processing.



https://www.umidigi.com/page-umidigi_a15tab_overview.html



UMIDIGI A15 Tab

**Rear Camera**

13MP Main Camera

F/2.2

2MP Depth Camera

F/2.4

Rear Video Recording

1080P，720P，480P; 30fps

**Front Camera**

8MP Front Camera

F/2.2

Front Video Recording

720P，480P; 30fps

**Processor**

Unisoc T616

TSMC 12nm process, Octa-Core
CPU: Up to 2.0GHz

https://www.umidigi.com/page-umidigi_a15tab_specification.html

## Experience the Next Level of Gaming

UMIDIGI A15 Tab features an octa-core UNISOC T616 processor with two fast ARM Cortex A75 cores at up to 2.0GHz and six power-efficient ARM Cortex A55 cores at up to 1.8 GHz, offering a better photography experience and a more stable frame rate for an exceptional gaming experience.

https://www.umidigi.com/page-umidigi_a15tab_overview.html

Cortex-A55, built on DynamIQ technology, is designed for extreme scalability in constrained environments. It features the latest Armv8-A architecture extensions that introduce new NEON instructions for machine learning, advanced safety features and more support for Reliability, Accessibility and Serviceability (RAS).

https://www.arm.com/products/silicon-ip-cpu/cortex-a/cortex-a55

## Arm Neon Technology

Neon technology is an advanced SIMD architecture extension for the Arm Cortex-A and Cortex-R series processors. The architecture extension improves the multimedia user experience across many applications.

https://www.arm.com/products/silicon-ip-cpu/cortex-a/cortex-a55



**Figure 2-6: Cortex®-A55 power domains**

*Source: ARM Cortex-A55 Reference Manual.pdf*



**Figure 2-3: Core block diagram**

Source: ARM Cortex-A55 Reference Manual.pdf

**Advanced SIMD data-processing instructions**

Advanced SIMD data-processing instructions process registers containing vectors of elements of the same type packed together, enabling the same operation to be performed on multiple items in parallel.

Instructions operate on vectors held in 64-bit or 128-bit registers. Figure F1-2 shows an operation on two 64-bit operand vectors, generating a 64-bit vector result.

——— Note ———

Figure F1-2 and other similar figures show 64-bit vectors that consist of four 16-bit elements, and 128-bit vectors that consist of four 32-bit elements. Other element sizes produce similar figures, but with one, two, eight, or sixteen operations performed in parallel instead of four.



**Figure F1-2 Advanced SIMD instruction operating on 64-bit registers**

*Source: ARMv8-A architecture Reference Manual*

# Improve the Multimedia User Experience

Arm Neon is an advanced single instruction multiple data (SIMD) architecture extension for the Arm Cortex-A and Arm Cortex-R series of processors with capabilities that vastly improve use cases on mobile devices, such as multimedia encoding/decoding, user interface, 2D/3D graphics and gaming.

Neon can also accelerate signal processing algorithms and functions to speed up applications such as audio and video processing, voice and facial recognition, computer vision, and deep learning.

https://www.arm.com/technologies/neon



| | |
|---|---|
| | One edge pixel requires 4 additions, 3 multiplications and one round instruction. In NEON this operations are performed on Q registers and hence 16 edge pixels get updated with 4 additions, 3 multiplications and one round instruction. Implementing this module using NEON instructions gives 80% reduction in cycles.<br><br>Certain compute intensive modules in audio codec such as stereo processing, FFT, filtering etc., can also be effectively coded using NEON. Efficient utilization of NEON features gives an   average of 80% reduction of cycles in the case of video codecs and about 40% in the case of audio codecs.<br><br>https://developer.arm.com/community/arm-community-blogs/b/architectures-and-processors-blog/posts/coding-using-neon-technology |
| (d) storing the at least one processed audio stream in the at least one memory. | The accused product practices storing the at least one processed audio stream (e.g., AAC audio bitstream) in the at least one memory (e.g., memory of the accused product).<br><br>UMIDIGI A15 Tab<br><br>Storage & RAM   8+8GB Extended RAM, LPDDR4X<br>256GB ROM, Supports Expandable Storage up to 1TB<br><br>https://www.umidigi.com/page-umidigi_a15tab_specification.html |



https://www.umidigi.com/page-umidigi_a15tab_overview.html



https://www.umidigi.com/page-umidigi_a15tab_specification.html

# Experience the Next Level of Gaming

UMIDIGI A15 Tab features an octa-core UNISOC T616 processor with two fast ARM Cortex A75 cores at up to 2.0GHz and six power-efficient ARM Cortex A55 cores at up to 1.8 GHz, offering a better photography experience and a more stable frame rate for an exceptional gaming experience.

https://www.umidigi.com/page-umidigi_a15tab_overview.html

| | |
|---|---|
| Video playback | 1080p at 60FPS |
| Video codecs | - H.264<br>- H.265 |
| Audio codecs | - AAC<br>- AIFF<br>- CAF<br>- MP3<br>- MP4<br>- WAV |

https://nanoreview.net/en/soc/unisoc-tiger-t616

**Audio file formats/codecs**

List of some of the most common audio file formats and codecs supported standardly by the device.

- AAC (Advanced Audio Coding)
- AMR / AMR-NB / GSM-AMR (Adaptive Multi-Rate, .amr, .3ga)
- eAAC+ / aacPlus v2 / HE-AAC v2
- FLAC (Free Lossless Audio Codec, .flac)
- MIDI
- MP3 (MPEG-2 Audio Layer II, .mp3)
- OGG (.ogg, .ogv, .oga, .ogx, .spx, .opus)
- WMA (Windows Media Audio, .wma)
- WAV (Waveform Audio File Format, .wav, .wave)

https://www.devicespecifications.com/en/model/9f385ea5

The UMIDIGI A15 Tab comes with the latest Android™ 13, which brings us some important interface updates and introduces the auto-theming feature. Providing you with a more personalized, secure, and efficient user experience.

https://www.umidigi.com/page-umidigi_a15tab_overview.html

This document describes the media codec, container, and network protocol support provided by the Android platform.

The tables below describe the media format support built into the Android platform. YES means the format is available on handhelds and tablets running all Android versions. Where a specific Android platform is specified, the format is available on handsets and tablets running that version and all later versions. The format might also be available in earlier versions, but this is not guaranteed. On form factors other than handsets and tablets, media format support may vary.

Note that a particular mobile device might support additional formats or file types that are not listed in these tables. In addition, if you use a MediaCodec directly, you can access any of the available media formats regardless of the supported file types and container formats.

## Audio support 🔗

| Format | Encoder | Decoder | File Types Container Formats | | Details |
|---|---|---|---|---|---|
| | | | Extractor | Muxer | |
| AAC LC | YES | YES | • 3GPP (.3gp)<br>• MPEG-4 (.mp4, .m4a)<br>• ADTS raw AAC (.aac, ADIF not supported)<br>• MPEG-TS (.ts, not seekable, Android 3.0+) | • 3GPP (.3gp)<br>• MPEG-4 (.mp4, .m4a)<br>• ADTS raw AAC (.aac, ADIF not supported)<br>• MPEG-TS (not sure) (.ts, not seekable, Android 3.0+) | Support for mono/stereo/5.0/5.1 content with standard sampling rates from 8 to 48 kHz. |
| HE-AACv1 (AAC+) | Android 4.1+ | YES | | | |
| HE-AACv2 | | YES | | | Support for stereo/5.0/5.1 content |

https://developer.android.com/media/platform/supported-formats



### 2.2.2. Multimedia

Handheld device implementations MUST support the following audio encoding and decoding formats and make them available to third-party applications:

- [5.1/H-0-1] AMR-NB
- [5.1/H-0-2] AMR-WB
- [5.1/H-0-3] MPEG-4 AAC Profile (AAC LC)
- [5.1/H-0-4] MPEG-4 HE AAC Profile (AAC+)
- [5.1/H-0-5] AAC ELD (enhanced low delay AAC)

https://source.android.com/docs/compatibility/13/android-13-cdd



### 5.1.2. Audio Decoding

See more details in 5.1.3. Audio Codecs Details.

If device implementations declare support for the `android.hardware.audio.output` feature, they must support decoding the following audio formats:

- [C-1-1] MPEG-4 AAC Profile (AAC LC)
- [C-1-2] MPEG-4 HE AAC Profile (AAC+)
- [C-1-3] MPEG-4 HE AACv2 Profile (enhanced AAC+)
- [C-1-4] AAC ELD (enhanced low delay AAC)
- [C-1-11] xHE-AAC (ISO/IEC 23003-3 Extended HE AAC Profile, which includes the USAC Baseline Profile, and ISO/IEC 23003-4 Dynamic Range Control Profile)
- [C-1-5] FLAC
- [C-1-6] MP3
- [C-1-7] MIDI

https://source.android.com/docs/compatibility/13/android-13-cdd